IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **EARDINE W. FERRELL,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. |
|     **v.** ) | 3:12cv973-MHT |
| ) | (WO) |
| **BOARD OF ADJUSTMENT, et al.,**) | |
| ) | |
|     **Defendants.** ) | |

OPINION

Plaintiff filed this lawsuit asserting federal and state claims against defendants (various private and state officials and entities), seeking to recover for injuries suffered when she fell into a hole.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that plaintiff's case be dismissed, with the federal claims dismissed for failure to state a claim and the state claims dismissed with leave to refile in state court.  Also before the court are plaintiff's objections to the recommendations.  After an independent and de novo review of the record, the court

concludes that plaintiff's objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of February, 2013.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE