IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| EARDINE W. FERRELL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:12cv973-MHT |
| | ) | (WO) |
| BOARD OF ADJUSTMENT, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) Plaintiff's objections (Doc. No. 13) are overruled.

   (2) The United States Magistrate Judge's recommendations (Doc. Nos. 7 and 11) are adopted.

   (3) This lawsuit is dismissed in its entirety as follows: the federal claims are dismissed for failure to state a claim; and the state claims

are dismissed with leave to refile in state court.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of February, 2013.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE